**Etan E. Rosen, Esq. (SBN 173728)**
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorney for Plaintiff
BRANDY HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HASTINGS,<br><br>　　　Plaintiff,<br><br>v.<br><br>GTECH, CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | Case No:　2:05-CV-00630 MCE GGH<br><br>**REQUEST FOR JURY TRIAL** |

　　　Plaintiff herein, BRANDY HASTINGS, hereby requests a jury trial in the above-captioned matter pursuant to federal rules.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: April 4, 2005　　　　　　　BEYER, PONGRATZ AND ROSEN


　　　　　　　　　　　　　　　　　By: /s/ Etan E. Rosen, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---
1
**PLAINTIFF'S REQUEST FOR JURY TRIAL**