**Etan E. Rosen, Esq. (SBN 173728)**
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorney for Plaintiff
BRANDY HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HASTINGS,<br><br>    Plaintiff,<br><br>v.<br><br>GTECH, CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 2:05-CV-00630 MCE GGH<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

BEYER, PONGRATZ AND ROSEN

Date: _____  By: /s/ Etan E. Rosen
                                                            Attorney for Plaintiff


PORTER SCOTT WEIBERG & DELEHANT

Date: _____  By: /s/ Michael W. Pott
                                                            Attorney for Defendants

## **ORDER**

IT IS SO ORDERED.

Date: _____   _____
Honorable Morrison C. England, Jr.
United States Eastern District Court

*BEYER, PONGRATZ & ROSEN*
*A Professional Law Corporation*
*3230 Ramos Circle*
*Sacramento, CA 95827*
*(916) 369-9750*
*Facsimile: (916) 369-9760*

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**