**Etan E. Rosen, Esq.  (SBN 173728)**
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorney for Plaintiff
BRANDY HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HASTINGS, ) | Case No:    2:05-CV-00630 MCE GGH |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| GTECH, CORPORATION, and DOES 1 ) | |
| through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ——————————————— ) | |

_____IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned be and hereby is dismissed with prejudice pursuant to

FRCP 41(a)(1).

BEYER, PONGRATZ AND ROSEN


Date: _____          By: /s/ Etan E. Rosen_____
                                          Attorney for Plaintiff

1          PORTER SCOTT WEIBERG & DELEHANT

2

3  Date: _____          By:  /s/ Michael W. Pott_____
                                       Attorney for Defendants
4
                                       **ORDER**
5
          IT IS SO ORDERED.
6

7

8
   Date: January 12, 2006
9

10

11

Facsimile PORTER SCOTT WEIBERG & DELEHANT & ROSEN
12          MORRISON C. ENGLAND, JR
            UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____